## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 JAN 23 PM 5: 02

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____

(To be supplied by the court)

_____J. FREDDRICK MASON_____, Plaintiff

v.

_____CHRISTINA ZORRILLA_____,

_____JUDGE WILLIAM ROBBINS_____,

_____ALISON SUTHERS_____,

_____LISA HUGHES_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

J FREDDRICK MASON
(Name and complete mailing address)

(303) 356-7694    3jasonmay3@gmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    CHRISTINA ZORRILLA (PUBLIC DEFENDER) 1560 BROADWAY DENVER (3RD FL).
(Name and complete mailing address)

(303) 620-4999
(Telephone number and e-mail address if known)

Defendant 2:    JUDGE WILLIAM ROBBINS 520 W COLFAX AVE DENVER CRTRM 5H 80204
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:    ALISON SUTHERS (DISTRICT ATTORNEY) 201 W COLFAX AVE DENVER 80202
(Name and complete mailing address)

(720) 913-9000
(Telephone number and e-mail address if known)

Defendant 4:    LISA HUGHES (PROBATION OFFICER) 303 WEST COLFAX AVE 5TH FL, DENVER 80204
(Name and complete mailing address)

(303) 607-7041
(Telephone number and e-mail address if known)

2

## C.     JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☒     Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

42 U.S.C. §1983 ; 1ST, 5TH, 6TH, 14TH AMENDMENTS US CONST, AMERICANS WITH DISABILITIES ACT

☒     Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of NEVADA.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    RELIGIOUS FREEDOMS

Supporting facts:

THE PLAINTIFF APPLIED FOR AND RECEIVES SSI AS THE DIRECT RESULT OF HIS RELIGIOUS BELIEF THAT THE SIGNS, SEALS AND FLAGS OF THE STATE AND FEDERAL GOVERNMENT CONTAIN IMAGES EXPRESSLY FORBIDDEN FOR SUBMISSION THERETO BY THE SECOND COMMANDMENT OF GOD. (IDOLOTRY)

THE DR AND FEDERAL JUDGE DETERMINED THAT I AM DELUSIONAL. I HAVE ATTACHED MY SSI APPLICATION/APPEAL AND THE AWARD LETTER AND DIAGNOSIS. EXHIBIT (1)

ON THE BASIS OF MY RELIGIOUS BELIEFS I WAS ABLE TO USE SAID SEALS/FLAGS TO DETERMINE THAT THE EARTH IS IN THE MIDST OF A MAJOR NATURAL DISASTER (AXIAL PRECESSION/MILANKOVITCH CYCLE) WHEREBY THE EARTH'S TILT IS DECREASING AND ATMOSPHERIC RADIATION IS INCREASING (GLOBAL WARMING). THIS INCREASE IN RADIATION IS CAUSING RADIATION SICKNESS AND DEATH OF CHILDREN - BUT IT IS BEING BLAMED ON FLU - BECAUSE RADIATION SICKNESS & FLU HAVE SAME SYMPTOMS, SEE ATTACHED EXHIBIT 2.

ON DEC. 24, 2016, I MOVED MY 1 YEAR OLD SON AND HIS MOTHER TO LAS VEGAS, N.V, BECAUSE COLO. IS AT TOO HIGH AN ALTITUDE AND SUBJECT TO MORE ATMOSPHERIC RADIATION.

ON OR ABOUT MAY 13, 2017, MY SON'S MOTHER WANTED TO MOVE BACK TO DENVER AND I TOOK HER. ON JULY 12, 2017, SHE CALLED AND ASKED ME TO COME GET OUR SON BECAUSE SHE WAS FEELING SUICIDAL. I ARRIVED, BY BUS ON JULY 14, 2017.

4

CLAIM ONE   CONT....

ON JULY 15, 2017, KENDRA ROSE MASON(I ADULT ADOPTED HER SO MY CHILD WOULD BE LIGITIMATE -SHE IS NOT MY SPOUSE), RETURNED TO HER HOTEL ROOM HIGH ON COCAIN, I WAS THERE PREPARING TO LEAVE WITH MY SON JUFRE'. KENDRA WAS CALLED IN TO WORK - DESPITE THE SABBATH (NO WORK ON SATURDAY FOR CHILDREN, SLAVES OR ANIMALS). - KENDRA DECIDED TO GO TO WORK AND TAKE JUFRE' WITH HER, SHE WAS SUBWAY MANAGER AND TOOK JUFRE' TO WORK DAILY.

I PROTESTED HER TAKING HIM BECAUSE SHE WAS HIGH AND IT WAS DANGEROUS FOR JUFRE' TO BE IN A SUBWAY KITCHEN. SHE TOOK THE KEYS TO A VAN I WAS DRIVING, TOOK JUFRE' AND RAN TO THE ELEVATOR - I PURSUED - ON THE ELEVATOR KENDRA THREATENED TO DRIVE OFF THE HIGHWAY WITH MY SON - THE THREAT WAS CREDIBLE BECAUSE SHE LOST CUSTODY OF A PREVIOUS CHILD WHEN SHE TRIED TO KILL HERSELF WITH HIM. I STRUCK HER AND TOOK JUFRE' WHEN SHE THREATEND TO FALL ON HIM AND BREAK HIS NECK (SHE WEIGHS 275 lbs). A STAFF OF THE HOTEL WITNESSED ME DRIVING AWAY WITH JUFRE AND CALLED THE POLICE. THE NEXT DAY I WAS ARRESTED AFTER THE HOTEL STAFF CALLED TO HAVE ME TRESSPASSED OFF THE PROPERTY AND I REFUSED TO LEAVE W/O MY SON. ALTHOUGH KENDRA NEVER COMPLAINED OR COOPERATED BECAUSE OF HER OWN LIABILITY - I WAS CHARGED (5 DAYS LATER) WITH ASSAULT°2 ¿ CHILD ABUSE BECAUSE OF A VIDEO IN THE ELEVATOR.

I ADVISED DEFENDANTS THAT MY DISABILITY PREVENTS ME FROM BEING ABLE TO DEAL WITH THEM BECAUSE OF MY MENTAL HEALTH DIAGNOSIS.
MY RELIGIOUS BELIEFS COMPELLED ME TO REACT TO PROTECT MY CHILD. I WANTED TO USE THIS TRUTH AS A DEFENSE. MY PUBLIC DEFENDER CHRISTINA ZORRILLA CLAIMED I WAS INCOMPETENT BECAUSE OF THE BELIEF - A COMPETENCY EXAM REVEALED THAT THE BELIEFS ARE COMPETENT; BUT MY PUBLIC DEFENDER STILL DECLINED TO USE THE TRUTH AS A DEFENSE, I EXPLAINED MY DISABILITY TO JUDGE ROBBINS AND REQUESTED A CONFLICT-FREE COUSEL BUT WAS IGNORED,

4 (A)

CLAIM ONE of 7 CONT...

I EXPLAINED MY DISABILITY TO DISTRICT ATTORNEY SUTHERS AND WAS
IGNORED. SUTHERS USED FALACIOUS ALLEGATIONS THAT KENDRA WANTED
A HIGH BOND OF $25,000 AND A PROTECTION ORDER TO OBTAIN SUCH.
ON 1-23-18, I WAS COMPELLED TO VIOLATE MY RELIGIOUS
BELIEFS BY TAKING A DEAL FOR PROBATION WITH LISA HUGHES.

4 (B)

## E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

THE CASE SHOULD BE VACATED :

## F.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

1-23-18

(Date)

(Revised December 2017)

6